UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Corey Baker, | File No. 18-cv-01177 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Jayco, Inc., | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 34], entered into by Plaintiff and Defendant,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: May 6, 2019         s/ Eric C. Tostrud
                           Eric C. Tostrud
                           United States District Court